STATE OF LOUISIANA

VERSUS

DELCOME EVANS

NO. 24-KH-33

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

February 08, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** DELCOME EVANS

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE J. STERLING SNOWDY, DIVISION "C", NUMBER 2015-CR-144

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT GRANTED; REMANDED**

Relator, Delcome Evans, seeks mandamus relief that would order the trial court to rule upon his Motion to Request Documents in Anticipation of Filing an Application for Post-Conviction Relief ("the motion") filed on July 19, 2023. Relator attached a copy of the motion to his writ application; however, we cannot verify if the application has been properly filed or ruled upon.[1]

Accordingly, we provisionally grant relator's writ application and order the trial court to rule on the motion within 30 days of the date of this writ disposition, if it has not already done so, and provided that the motion was properly filed.

---

[1] The copy of the motion is not stamped as filed nor is the certificate of service signed and dated. Relator also included (a) a copy of a letter dated November 20, 2023, sent to the Clerk of Court, checking the status of the motion, which is not stamped as filed; and (b) an application for post-conviction relief ("APCR"), which is dated and signed January 18, 2024, but not file-stamped. Relator does not appear to seek mandamus relief with regard to his APCR.

We further order the trial court to provide this court with a copy of its ruling referencing our case number above.

Gretna, Louisiana, this 8th day of February, 2024.

**SJW**
**JJM**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **02/08/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-33**

**E-NOTIFIED**
40th District Court (Clerk)
Honorable J. Sterling Snowdy (DISTRICT JUDGE)
Honorable Bridget A. Dinvaut (Respondent)

**MAILED**
Delcome Evans #429893 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426